IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Case No. 25-86 KG |
| vs.                                                             ) | |
| ) | |
| **RICARDO PRIETO-SIMENTAL**,          ) | |
| ) | |
| Defendant.          ) | |
| ) | |

## UNITED STATES' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States moves the Court for a protective order appropriately restricting access to, and redistribution of, medical records pertaining to the victim in this case. In support, the United States argues as follows:

1. On August 5, 2025, Defendant pled guilty to Assault Upon a Federal Officer Inflicting Bodily Injury, in violation of 18 U.S.C. §§ 111(a) and (b), and the United States Probation Office (USPO) is preparing the PSR and requests a copy of the victim's medical records to help assess the degree of injury. The United States agrees to provide a copy of the medical records to Defendant and the USPO and seeks a protective order restricting Defendant's use of the medical records.

2. The victim has a compelling privacy interest in this material. In recognition of that interest, there is good cause to enter a protective order requiring defense counsel to: (1) restrict access to the medical records to himself, his investigator, and an expert qualified to

provide opinion testimony at sentencing based on this material; (2) review the medical records with Defendant only under circumstances where no other person will view the records and not provide Defendant with a copy of the medical records to keep in his possession; (3) refrain from reproducing or otherwise disclosing information revealed in the medical records under any circumstances except as evidence during the sentencing hearing, without permission from the Court.

3.  Entry of such a protective order is an appropriate exercise of the Court's authority to restrict discovery or inspection pursuant to Rule 16(d)(1). There is good cause for the order based on the privacy interests of the victim, and entry of the order will not prejudice Defendant in any way.

4.  The United States was unable to obtain Defendant's position prior to filing this motion.

WHEREFORE, the United States respectfully requests the Court to enter a protective order restricting access to, and redistribution of, the medical records as set forth above.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*Electronically filed 09/25/2025*
MARK A. SALTMAN
Assistant United States Attorney
200 N. Church
Las Cruces, NM 88001
(575) 323-5262

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on September 25, 2025:

 */s/*
MARK A. SALTMAN
Assistant U.S. Attorney